UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WISSAM AL-JANABI,

       Plaintiff,

v.                                     Case No. 20-12655

WAYNE STATE UNIVERSITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Defendant's Motion to Dismiss and Dismissing This Case" entered on April 1, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Wayne State University, and against Plaintiff Wissam Al-Janabi. Dated at Port Huron, Michigan, April 1, 2021.

                                                  KINNIKIA ESSIX
                                                  CLERK OF THE COURT

                                                  By: <u>s/Lisa Wagner</u>
                                                      Lisa Wagner, Case Manager
                                                        to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\20-12655.AL-JANABI.Judgment.RMK.1.docx